UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BENJAMIN CLANCY,

Plaintiff(s),

v.

AMERICAN EXPRESS NATIONAL BANK, et al.,

Defendant(s).

Case No.2:25-CV-1576  JCM (BNW)

ORDER

Presently before the court is Magistrate Judge Brenda Weksler's report and recommendation ("R&R"). (ECF No. 15).  She recommends that the action be dismissed because plaintiff has failed to file proof of service pursuant to FRCP 4(m).

No objections were filed to the R&R.  Thus, the court is not obligated to conduct a de novo review of the R&R.  28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.") (emphasis in original).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Weksler's R&R (ECF No. 15) be, and the same hereby is, ADOPTED, in full.

. . .

. . .

. . .

IT IS FURTHER ORDERED that the action be DISMISSED for failure to serve defendants under FRCP 4(m).  The clerk of court is kindly requested to close the case.

DATED March 9, 2026.

_____
UNITED STATES DISTRICT JUDGE